JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND LATTA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNDER ARMOUR, INC., DOES 1 through 10, and DOES 11 through 100,<br><br>    Defendants. | Case No.: EDCV 13-01699-VAP (DTBx)<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br>Judge: Hon. Virginia A. Phillips<br><br>State Complaint Filed: August 16, 2013 |

///

///

///

///

1     Upon consideration of the parties' stipulation, it is hereby ordered that this
2 action is REMANDED to the Superior Court of California, County of San
3 Bernardino.  Each party shall bear their own costs and attorneys' fees incurred in
4 connection with the removal of this action and other proceedings in this Court.
5     **IT IS SO ORDERED.**
6
7 Dated: October 16, 2013

                             Honorable Virginia A. Phillips
                             Judge of the U.S. District Court